IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 96-10915
Summary Calendar

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GARY DON BYRD,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:96-CR-10-1
- - - - - - - - - -
April 3, 1997
Before REAVLEY, JONES and STEWART, Circuit Judges.

PER CURIAM:*

     Gary Don Byrd appeals his sentence following his guilty plea to bank fraud.  Byrd contends that the district court erred in finding that he was an organizer or leader of a criminal activity involving five or more participants and that the activity was otherwise extensive.  We have reviewed the record and the briefs of the parties and hold that the district court's finding was not clearly erroneous.  United States v. Ronning, 47 F.3d 710, 712 (5th Cir. 1995).

     AFFIRMED.

———————————————

     *  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.